UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  3:09-md-02100-DRH-PMF )  )  MDL No. 2100 )  )  Order Dismissing Case |

**This Document Relates to:**

　　Melise Pape v. Bayer HealthCare
　　　　　Pharmaceuticals Inc., et al.  No. 3:10-cv-13239-DRH-PMF

## ORDER

　　This matter is before the Court on defendant Bayer HealthCare Pharmaceuticals Inc.'s ("Bayer") motion for an Order dismissing plaintiff's claims without prejudice for failure to file an appearance as required by Local Rule 83.1(g)(2).

　　On July 28, 2011, the Court granted a motion to withdraw filed by Plaintiff's counsel in the *Pape* matter.  (Doc. 12.)  The Order provided that, "[i]f plaintiff or her new counsel fails to file a supplementary entry of appearance within 21 days of the entry of this Order, plaintiff's action will be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court including failure to comply with the Plaintiff Fact Sheet requirements."  To date, and in violation of the Order and Local Rule 83.1(g), Plaintiff has not filed a supplementary appearance.

Plaintiff must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b).  In addition, plaintiff's failure to file an appearance has prejudiced Bayer.  Her Plaintiff Fact Sheet was due on August 7, 2011.[1]  To date, and in violation of Case Management Order 12, she has not served a fact sheet.

Accordingly, for the reasons stated herein, plaintiff's action is hereby dismissed without prejudice.

**SO ORDERED.**

Digitally signed by David R. Herndon
Date: 2011.10.24 11:18:01 -05'00'

**Chief Judge**  **Date: October 24, 2011**
**United States District Court**

---

[1] Bayer answered the *Pape* complaint on June 23, 2011.  (Doc. 6.)